No. 02–1480. ISTVANIK *v.* ROGGE. C. A. 3d Cir. Certiorari denied.

No. 02–1561. BOWLES *v.* HARRIS COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 02–1565. SWARTZ *v.* PATENT AND TRADEMARK OFFICE, BOARD OF PATENT APPEALS AND INTERFERENCES. C. A. Fed. Cir. Certiorari denied.

No. 02–1567. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY *v.* PIRTLE. C. A. 9th Cir. Certiorari denied.

No. 02–1602. HEALTHCARE RECOVERIES, INC. *v.* HAMILTON. C. A. 5th Cir. Certiorari denied.

No. 02–1614. WHARTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8719. HOLDER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9096. ROBISON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9408. EVANS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9418. SUN BEAR, AKA JAMES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–9476. RIPKOWSKI *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–9779. THOMAS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–9852. BOTTENFIELD *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–9918. COOPER *v.* ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–9919. CHHOUN *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.